| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:19CR00008-44 NR |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00300-APG-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Anthony Smith | DISTRICT Western District of Pennsylvania | DIVISION Pittsburgh, Pa |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Nicholas Ranjan United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/26/2025 — TO 08/25/2031 |

✓ FILED  _ RECEIVED
_ ENTERED  _ SERVED ON
SEPT 25 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

OFFENSE
21 U.S.C. 846 Conspiracy to Distribute and Possess with Intent to Distribute Scheduled I, II, and III Controlled Substances

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Smith is supervised in the District of Nevada and intends to remain in that district.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Western District of Pennsylvania"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

    September 16, 2025                s/ J. Nicholas Ranjan
         Date                                                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    September 26, 2025
     *Effective* Date                                     United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Anthony Lee Smith

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

September 18, 2025

TO:   U.S. District Judge:

On September 13, 2022, Anthony Smith was sentenced by the Honorable United States District Judge, J. Nicholas Ranjan, in the Western District of Pennsylvania to 51 months custody followed by six (6) years of supervised release for committing the offense Conspiracy to Possess with Intent to Distribute and Distribute Schedule I and II Controlled Substances in Docket Number: 2:19-cr-00008. On August 19, 2024, a prerelease request was accepted to reside in the District of Nevada at his family home in Henderson, Nevada.

On August 26, 2025, Smith commenced supervision in the District of Nevada. His supervision is scheduled to expire on August 25, 2031.

On September 9, 2025, the undersigned officer requested the transfer of jurisdiction for Smith from the Western District of Pennsylvania.

On September 16, 2025, the Honorable J. Nicholas Ranjan initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Smith's case. The Honorable J. Nicholas Ranjan has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

| Approved: | Respectfully submitted, |
|---|---|
| Digitally signed by Donnette Johnson Date: 2025.09.25 13:15:32 -07'00' | Digitally signed by Nickie Pipilakis Date: 2025.09.25 14:58:21 -07'00' |
| Donnette Johnson Supervisory United States Probation Officer | Nickie Pipilakis Senior United States Probation Officer |